ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - ) | |
| ) | |
| Synergetic Technologies Group, Inc. ) | ASBCA No. 64361 |
| ) | |
| Under Contract No. SPE7L1-21-P-1026 ) | |

APPEARANCE FOR THE APPELLANT:     Mr. Tony Espinoza
                                  President and Chief Executive Officer
                                  La Verne, CA

APPEARANCES FOR THE GOVERNMENT:   Gary P. Bilski, Esq.
                                    DLA Chief Trial Attorney
                                  Alicia A. Ramsdell, Esq.
                                  John J. Pritchard, Esq.
                                  Julie K. Phillips, Esq.
                                  Adam J. Heer, Esq.
                                    Trial Attorneys
                                    DLA Land and Maritime
                                    Columbus, OH

### ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  January 29, 2026

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64361, Appeal of Synergetic Technologies Group, Inc., rendered in conformance with the Board's Charter.

Dated:  January 29, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals